AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00104 |
| Brian Korte | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/11/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brian Korte,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate, or picket in any of the Capitol Buildings.

Date: 05/11/2022                      _Robin Meriweather_   2022.05.11 13:45:03 -04'00'
                                       *Issuing officer's signature*

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/11/2022, and the person was arrested on *(date)* 5/20/2022
at *(city and state)* ~~Bethes~~ York Haven, PA

Date: 5/20/22                              _signature_
                                            *Arresting officer's signature*

                                            Special Agent Eli Bupp
                                            *Printed name and title*