42 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lynnwood Nester<br><br>*Defendant* | ) Case: 1:22-mj-00104<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 5/11/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Lynnwood Nester,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate, or picket in any of the Capitol Buildings.

Date:   05/11/2022                                            2022.05.11 13:45:45 -04'00'
                                                              _____
                                                              *Issuing officer's signature*

City and state:   Washington, D.C.           Robin M. Meriweather, U.S. Magistrate Judge
                                             *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/11/22, and the person was arrested on *(date)* 5/20/22
at *(city and state)*   Dillsburg, PA

Date:   5/20/22
                                                              *Arresting officer's signature*

                                                              Special Agent Eli Bupp
                                                              *Printed name and title*