(Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Michael Pomeroy

Defendant

)  Case: 1:22-mj-00104
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 5/11/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Pomeroy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parade, demonstrate, or picket in any of the Capitol Buildings.

Date: 05/11/2022

2022.05.11 13:46:09 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/11/22, and the person was arrested on *(date)* 5/20/22
at *(city and state)* Harrisburg, PA.

Date: 5/20/22

*Arresting officer's signature*

Special Agent Eli Bupp
*Printed name and title*