AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
*Plaintiff* )
v. ) Case No. 1"22-mj-j00104
Michael Pomeroy )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MICHAEL POMEROY .

Date: 05/24/2022

/s/ Frank C. Sluzis
*Attorney's signature*

pa 43829
*Printed name and bar number*
2000 IINGLESTOWN ROAD SUITE 106HARRISBURG, PA 17110

*Address*

frank@scaringilaw.com
*E-mail address*

(717) 657-7770
*Telephone number*

(717) 657-7797
*FAX number*