**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

  **v.**

                                           **CR NO. 22-MJ- 00104**

**MICHAEL POMEROY,**

        Defendant

**MOTION FOR CONTINUANCE OF ZOON HEARING SCHEDULED
FOR MAY 26, 2022 AT 1 PM**

    Defendant, Michael Pomeroy, by and through his attorneys Frank C. Sluzis, Esquire and Scaringi Law, respectfully requests a continuance of the Zoom sHearing currently scheduled for May 26, 221 at 1 pm.  Defendant states the following in support thereof:

1. Undersigned counsel represents Defendant, Michael Pomeroy, in the above-referenced matter.

2. The Court has scheduled a Zoom Hearing in this matter on May 26, 2022, at 1 pm.

3. Undersigned counsel has scheduling conflicts on the same date and time with the scheduling of the aforementioned Zoom Hearing.

4.  Undersigned counsel respectfully requests a continuance of the currently scheduled Zoom Hearing to allow him to comply with his scheduling conflicts.

5.  Undersigned counsel contacted the US Attorney Benjamin Kringer who has no objection to this motion.

6.  A copy of this motion and proposed order was served upon the United States Attorney by electronic communication.

7.  Defendant agrees to toll the Speedy Trial Act as consideration of the granting of this motion as per the request of the United States Attorney.

8.  Defendant's Counsel is available June 28, 2022, July 12, 14, 19. 21, 28, 2022 and August 2, 4, 22, 18. 23, 25, 2022.

WHEREFORE, Defendant respectfully requests a rescheduling of the Zoom Hearing currently scheduled for May 26, 2022, at 1 pm. A proposed Order is attached hereto in accordance with the Court's Local Rules.

Respectfully submitted,

/s/ Frank C. Sluzis
PA 43829
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770
frank@scaringilaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

    **v.**

                                       **CR NO. 22-MJ- 00104**

**MICHAEL POMEROY,**

        Defendant

## CERTIFICATE OF CONCURRENCE

Defendant's Counsel has sought the concurrence of the US Attorney for the within Motion for Continuance. United States Attorney, Benjamin Kringer, Enquire, does not object to this request for a continuance for the Zoom Hearing presently scheduled for May 16, 2022.

                     Respectfully submitted:


                     /s/ Frank C. Sluzis, Esquire

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL POMEROY,**

                            **CR NO. 22-MJ- 00104**

        Defendant

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee of Scaringi Law and is a person of such age and discretion as to be competent to serve papers and that, on May 24, 2022, she caused to be served a copy of the attached:

by the Court's ECF filing system:
**<u>DEENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF ZOOM
DEHEARING SCHEDULED FOR MAY 26, 2022</u>**

**Benjamin Kringer
US Attorney's Office
<u>BenjaminKringer@usdoj.gov</u>**


** /s/ Amy M. Brady, Paralegal  **

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

   **v.**

**MICHAEL POMEROY,**
                                           **CR NO. 22-MJ- 00104**

        Defendant

## ORDER

AND NOW, this _____ day of _____, 2022, after review of Defendant's

motion for this Court to grant a continuance, **IT IS ORDERED THAT** the

Motion is **GRANTED** and that the Zoom Hearing presently scheduled for May

26, 2022 will be rescheduled to _____.

                                     **BY THE COURT:**

                                   _____

                                   United States District Judge
                                   District of Columbia