# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:22-MJ-104 |
| | : | |
| | : | **(JUDGE MERIWEATHER)** |
| v. | : | |
| | : | |
| | : | |
| **LYNWOOD NESTER,** | : | |
| | : | |
| Defendant | : | |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion to Continue Initial Appearance until 9 June, said motion is GRANTED.

Under the Speedy Trial Act, delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing, or other prompt disposition of such motion, shall be excluded in computing the time within which trial must be commenced. See 18 U.S.C. § 3161(h)(1)(D).

BY THE COURT:

_____
JUDGE MERIWEATHER