**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

  **v.**

**MICHAEL POMEROY,**             **CR NO. 22-CR-183**

  **Defendant.**

**2nd MOTION FOR CONTINUANCE OF ZOON HEARING SCHEDULED
FOR JUNE 2 2022 AT 1 PM**

Defendant, Michael Pomeroy, by and through his attorneys Frank C. Sluzis, Esquire and Scaringi Law, respectfully requests a continuance of the Zoom s Hearing currently scheduled for June 2, 2022 at 1 pm.  Defendant states the following in support thereof:

1. Undersigned counsel represents Defendant, Michael Pomeroy, in the above-referenced matter.

2. The Court has scheduled a Zoom Hearing in this matter on June 2, 2022, at 1 pm.

3. Undersigned counsel has a pre-paid vacation scheduled for the week of June 2, 2011 .

4. Undersigned counsel respectfully requests a continuance of the currently scheduled Zoom Hearing to allow him to comply with his scheduling conflict.

5. Undersigned counsel contacted the US Attorney Benjamin Kringer who has no objection to this motion.

6. A copy of this motion and proposed order was served upon the United State Attorney by electronic communication.

7. Defendant agrees to toll the Speedy Trial Act as consideration of the granting of this motion as per the request of the United States Attorney.

8. Defendant's Counsel was asked to provide a list of available Tuesdays and Thursdays for June and July where he would be available at 1 pm. These are June 28, 2022, July 12, 14, 19. 21, 28, 2022 and August 2, 4, 22, 18. 23, 25, 2022.

9. Undersigned Counsel is also available at 1 pm on: June 14,22, 24, 26 and 28, 2022 and July 1, 6, 7, 8, 12, 13, 14, 19, 20, 21, and 22, 2022.

WHEREFORE , Defendant respectfully requests a rescheduling of the Zoom Hearing currently scheduled for June 2, 2022, at 1 pm. A proposed Order is attached hereto in accordance with the Court's Local Rules.

Respectfully submitted,

/s/ Frank C. Sluzis
PA 43829
Scaringi Law
2000 Linglestown Road, Suite 106
Harrisburg, PA 17110
717-657-7770
frank@scaringilaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL POMEROY,**

**CR NO. 22-CR-183**

**Defendant.**

## **CERTIFICATE OF CONCURRENCE**

Defendant's Counsel has sought the concurrence of the US Attorney for the within Motion for Continuance. United States Attorney, Benjamin Kringer, Enquire, does not object to this request for a continuance for the Zoom Hearing presently scheduled for June 2, 2022.

Respectfully submitted:

/s/ Frank C. Sluzis, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL POMEROY,

              **Defendant.**

CR NO. 22-CR-183

:

# CERTIFICATE OF SERVICE
_____

The undersigned hereby certifies that she is an employee of Scaringi Law and is a person of such age and discretion as to be competent to serve papers and that, on May 25, 2022, she caused to be served a copy of the attached:

by the Court's ECF filing system:
**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF ZOOM HEARING SCHEDULED FOR MAY 26, 2022**

**Benjamin Kringer
US Attorney's Office**
BenjaminKringer2@usdoj.gov


  /s/ Amy M. Brady, Paralegal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

MICHAEL POMEROY,

**CR NO. 22-CR-183**

Defendant.

ORDER

AND NOW, this _____ day of _____, 2022, after review of Defendant's motion for this Court to grant a continuance, **IT IS ORDERED THAT** the Motion is **GRANTED** and that the Zoom Hearing presently scheduled for June 2, 2022 will be rescheduled to _____.

**BY THE COURT:**

_____
_____
United States District Judge
District of Columbia