IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
           :Crim. No.22cr00183-FYP
v.          :
           :
BRIAN KORTE     :
           :

  *(defendant)*

## ENTRY OF APPEARANCE

  ***COMES NOW***, Elita C. Amato, and enters her appearance pursuant to the Criminal Justice Act, on this 2nd day of June, 2022, to represent Brian Korte, in the above captioned case.

      Respectfully submitted,

      ELITA C. AMATO

       /s/


      _____
      Elita C. Amato, Esq.
      D. C. Bar # 442797
      2111 Wilson Blvd., 8th Floor
      Arlington, VA 22201
      703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was filed electronically through the ECF filing system on this 2nd day of June 2022, thereby, providing service electronically upon all parties in this case.

    _____/s/_____

      Elita C. Amato

1