## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed through the ECF filing system and served electronically upon all parties in this case.

| | |
|---|---|
| Date: 15 June 2022 | /s/ Jonathan W. Crisp <br> Jonathan W. Crisp, Esquire <br> 4031 North Front St. <br> Harrisburg, PA  17110 <br> I.D. # 83505 <br> (717) 412-4676 <br> jcrisp@crisplegal.com <br> Attorney for Defendant |