UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:22-CR-183-2 |
| | : | (FYP) |
| V. | : | |
| | : | (JUDGE PAN) |
| LYNWOOD NESTER, DEFENDANT | : | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2022, upon consideration of the within Motion To Amend Conditions of Pretrial Release, it is hereby **ORDERED** that the said Motion be and is hereby **GRANTED**, and the conditions of release are modified as follows:

_____

_____

_____

_____

_____ .

BY THE COURT:

_____
Judge Pan