# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-00183-FYP |
| | : | |
| **BRIAN KORTE,** | : | |
| **LYNNWOOD NESTER,** | : | |
| and **MICHAEL POMEROY** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Trial Attorney Brian Morgan, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at 202-305-3717 or by email at Brian.Morgan@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States. This appearance is in place of Maria Fedor.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:   /s/
 **BRIAN MORGAN**
 Trial Attorney
 NY Bar No. 82960
 U.S. Department of Justice
 Criminal Division
 1301 New York Avenue
 Washington DC 20530
 (202) 305-3717
 Brian.Morgan@usdoj.gov