## CERTIFICATE OF SERVICE

On this 17th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                            */s/ Brian Morgan*
**BRIAN MORGAN**
Trial Attorney
NY Bar No. 82960
U.S. Department of Justice
Criminal Division
1301 New York Avenue
Washington DC 20530
(202) 305-3717
Brian.Morgan@usdoj.gov