UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:22-cr-00183 (TSC)** |
| v. | : | |
| | : | |
| **MICHEAL POMEROY,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on May 5, 2023, via USAFX, relating to the sentencing hearing scheduled for May 8, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Exhibit 1 - East Front timelapse

2. Exhibit 2 – Watching bike rack taken SLOW MOTION

3. Exhibit 3 – Police line on East Front Plaza

4. Exhibit 4 - Moving up stairs

5. Exhibit 5 – Edited Facebook Live

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

        Respectfully submitted,

        MATTEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   /s/ *Brian Morgan*
        BRIAN MORGAN
        Trial Attorney
        NY Bar No. 4276804
        Criminal Division, U.S. Department of Justice
        1301 New York Avenue NW
        Washington, D.C. 20530
        Office: 202-305-3717
        Brian.Morgan@usdoj.gov