# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

*Pretrial Services Agency for the District of Columbia Memorandum*
*(Status Report)*

| | |
|---|---|
| **Presiding Judge:** | The Honorable Tanya S. Chutkan |
| | United States District Court |
| **Date:** | 3/21/2023 |
| **Name of Defendant:** | Lynnwood E. Nester |
| **Docket Number:** | CR22-000183-02 |

No Photo Available

**Offense:**    Capitol Grounds Disoderly

Disorderly and Disruptive Conduct in a Restricted Building

Entering or Remaining in Restricted Building or Grounds

Parading on Capitol Grounds

**Release Date:**    7/11/2022

**Conditions of Release:**    **USDC General Supervision**

- Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- Other conditions: Notify in advance the Middle District of Pennsylvania-Harrisburg of all travel outside that jurisdiction. All travel outside the continental United States must be approved by the court .
- Report to Pretrial Services Agency (PSA) as directed Specify if other selected: Middle District of Pennsylvania-Harrisburg Report
- Comply with all rules and regulations of supervising agency.
- Not use or illegally possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
- Not obtain a passport or other international travel document.
- Other conditions: not possess a firearm, destructive device, or other weapon .
- Stay out of D.C. except for Court or PSA business.
- Surrender all passports to Pretrial Services Agency (PSA).
- Other conditions: The defendant shall be allowed to possess/handle a firearm or bow and arrow during the showing/sale of the particular weapon while at his place of employment .

**Hearing Date:**    03/22/2023

In accordance with Your Honor's order dated July 11, 2022, the Pretrial Services Agency for the District of Columbia (PSA) is providing a status update of Lynnwood E. Nester's compliance with the conditions of release.

**Pretrial Supervision Adjustment:**

Courtesy Supervision

The defendant is currently being courtesy supervised in the Middle District of Pennsylvania/Harrisburg for Pretrial in the District of Columbia. The defendant is supervised by USPO Brandon Dubbs.

On March 16, 2023, this Officer received written correspondence from USPO Dubbs indicating that the defendant remains in compliance with his release conditions in their jurisdiction. He also indicated that the defendant's case had been transferred to USPO Maddison Duncan.

Other Conditions

PSA has not received any information indicating that the defendant has returned to the DC area.

**Warrant Check:**

On March 21, 2023, the Washington Area Law Enforcement System (WALES), National Crime Information Center (NCIC) and the FBI records were checked and yielded no pending warrants or new arrests for the defendant.

I declare under penalty of perjury that the foregoing is true and correct:

*Andre Sidbury*

3/21/2023

Authored and approved by:   Andre Sidbury

Date

Pretrial Services Officer

202-442-1006

**CONFIDENTIALITY NOTICE**

If you are not the intended recipient of this report, any review, disclosure, copying, distribution, retention, or use of this document may be unlawful. If you are not the intended recipient, please contact the Pretrial Services Agency for the District of Columbia immediately at 202-220-5500 and destroy this report and any copies thereof. If this report contains substance disorder treatment information, it has been disclosed to you from records protected by Federal confidentiality rules (42 C.F.R. Part 2). Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom the information pertains or as otherwise permitted by 42 C.F.R. Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the
information to criminally investigate or prosecute any alcohol or drug abuse patient. If this report contains mental health information, it is protected by the D.C. Mental Health Information Act (D.C. Code §§ 7-1201.01, et seq.). Any unauthorized disclosure of mental health information that may be contained in this report would violate the provisions of the Act. Further disclosure may only be made pursuant to a valid authorization by the person to whom the information pertains or as otherwise provided by the Act. The Act provides civil damages and criminal penalties for violations.