Dear Judge

I would like to talk to you a little about my dad Brian Korte. As a kid growing up my dad worked a lot, he would work his normal job during the day but then he would always be working side jobs in the evening or on weekends. He did this so me and my sisters would have a nice home to live in, school clothes and toys. I remember when I wanted a bike one year he would save copper from his jobs and take it to the scrap yard to get me the bike I wanted. Even though he worked a lot we would still spend time together. We would go camping sometimes on the weekend and my dad taught me how to fish.
  Every other weekend my dad would drive to Philly and pick up my older half sister so she could spend the weekend with us. He did this up until my sister could drive herself down to our house. When I bought my first house it was a fixer uper and my dad didnt hesitate to help me with all the renovations. I had no idea what I was doing but he took his time and taught me little by little how to renovate a house. I learned so many things about home repaires and home ownership from my dad. Sixteen years ago I was diagnosed with osteoarthritis. I had to go to many doctors across PA because I needed

→

a hip replacement and no doctor would give me one because I was so young. My dad went to every doctors appt with me, every time I needed to get a shot he would go and be my driver. No questions he would rearange his whole work day to take me. When I finally got into the University of MD for my hip replacement 5 years ago, he again was right by my side driving me down to Maryland for all of my appts. I truly don't know what I would have done without him.

When my grandfather (Brians dad) got sick and was put on hospice my dad would work all day and then drive down to their house in Red lion and take care of my grandfather all night and sleepover then get up and do it all over again. This went on unitil my grandmother passed and then 4 days later my grandfather passed.

Three years ago I tried to commit sucide and was placed in the hospital. My dad came to see me everyday while I was in the hospital. He would talk to me about how I was feeling and keep me updated with how thing were going. I struggle with my mental health and anxity and my dad is always just a phone call away. When ever I call he always answers the phone, if I need him to come over he always says I'll be right there and he

come, no matter what he's in the middle of doing.

My dad is a wonderful grandfather to my 13 year old son. We lived with my parents on and off for many years so my son is very close to his pappy. My dad will play board games, car, and even trys to figure out how to play video games. I Love my dad so very much and I hope you can see he's not a bad man he just made a terrible mistake.

Veronica Grove
Veronica Grove

To whom it May Concern:

My name is Nicole Hone, Brian Hone is my dad and my employer. Anyone who knows my dad could tell you how kind and hardworking he is. I would like to tell you who he is as a dad and boss.

I was diagnosed at 14 with depression and anxiety. I can't count the number of times my dad had to leave work to check on me. Or the amount of times he's sat with me. Sometimes just in silence and sometimes trying to talk me down from a panic attack. During covid. being laid off and with my daughter off school I became so overwhelmed and was struggling very bad with my depression. All it took was one phone call and he was at my apartment sitting with me holding my hand while I cried to him. I always say he's the person I want to talk to when I'm feeling low because he always tells me 'everything will be okay'. and he's the only person I believe telling me that, because he truly believes it.

When I found out I was pregnant and would be a single mom I was worried he'd be disappointed in me. Instead he became my biggest supporter, telling everyone he was finally going to have a granddaughter. He knew how scared I was to be on my own with a newborn so he decided to stay with me at night to help me out. That lasted for almost a years him working all day then coming over to help me out in the evenings and at night. I don't know what I would've done without his help.

Even now, almost 11 years later, if we need any-thing he is the first person there. He is the one person in my life that I can always count on. He is also an amazing grandpa. From the time my daughter was a baby to now he will stop what he's doing to check on her or just hang out for a little.

When my grandpa (his dad) got sick we had to watch him realize he was about to lose the dad that was always there for him. He worked all day then drove to his dad's house to be with him and help my grand-ma take care of him. When my grandma died unexpectedly he spent the next few days spending the night with my grandpa until he passed as well.

Even when he was diagnosed with bladder cancer being in pain and sick from treatment while we're all worried about him, he's busy making sure everyone else is ok.

As my boss I've gotten to learn even more about him and from him. I talk to customers everyday who tell me how thankful they are for him because he has helped them out in some way. Whether from going out in the middle of the night for them to letting them just make small payments. Even as a business owner trying to make a living, he puts other people first.

My dad means the world to me, and it's hard being in a position where I'm

disappointed in him. But I can see how disappointed he is in himself. He is a good man who made a terrible decision and it's something that he is never going to let himself forget.

Nicole Koza