UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-cr-00183 (TSC) |
| v. | : | |
| | : | |
| BRIAN KORTE, | : | |
| | : | |
| Defendant | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEOS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on July 7, 2023, via USAFX, relating to the sentencing hearing scheduled for July 12, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Exhibit 1 – East Front timelapse
2. Exhibit 2 – East Front regular speed
3. Exhibit 3 – Korte at police line
4. Exhibit 4 – Korte entering restricted area
5. Exhibit 5 – Korte with flag
6. Exhibit 6 – Korte with flag at stairs
7. Exhibit 7 – Sandra Weyer Facebook live stream (edited)
8. Exhibit 8 – Korte entering Capitol
9. Exhibit 9 – Korte in foyer

10. Exhibit 10 – Korte at Rotunda

11. Exhibit 11 – Korte in stairwell

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

        Respectfully submitted,

        MATTEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   /s/ *Brian Morgan*
        BRIAN MORGAN
        Trial Attorney
        NY Bar No. 4276804
        U.S. Attorney's Office
        601 D Street NW
        Washington, D.C. 20001
        202-305-3717
        Brian.Morgan@usdoj.gov