THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) |
| v. | ) )   1:22-cr-000183 (TSC) |
| BRIAN KORTE | ) ) ) ) |

**SUPPLEMENT TO MEMORANDUM IN AID OF SENTENCING
ON BEHALF OF BRIAN KORTE**

Brian Korte through undersigned counsel, supplements his sentencing memorandum with his attached correspondence for the Court to consider.

Respectfully submitted,

OFFICES OF ELITA C. AMATO

/s/
Elita C. Amato, Esq.
2111 Wilson Blvd.
8th Floor
Arlington, VA  22201
Tele:  703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certified that this Supplement is filed using the ECF pacer system, thereby providing notice of service to government counsel, on this 10th day of July 2023.

/s/
Elita C. Amato