**CERTIFICATE OF AUTHENTICITY OF DOMESTIC**
**RECORDS PURSUANT TO FEDERAL RULES OF**
**EVIDENCE 902(11) AND 902(13)**

I, Douglas Massengale, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by the House Recording Studio of the Office of the Chief Administrative Officer of the United States House of Representatives ("PROVIDER"), and my title is Chief Broadcast Officer. I am a custodian of records for PROVIDER, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of PROVIDER. The attached records consist of the following video files:

i. JAN062021A.mov
ii. JAN2021B.mov
iii. JAN062021C.mov
iv. JAN0620212100_0017.mov
v. Cam8.mov
vi. 6Jan2021pt1.mov
vii. 6Jan2021pt2.mov
viii. 6Jan2021pt4.mov
ix. 6Jan2021pt5.mov
x. 6Jan2021_4.mov

I further state that:

a. all records were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, it was kept in the course of the regularly conducted business activity of PROVIDER, and they were made by PROVIDER as a regular practice; and

b. such records were generated by PROVIDER's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of PROVIDER in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by PROVIDER, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

12/17/2021
Date

_[Signature]_
Signature