# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:22-cr-00183-TSC** |
| | : | |
| | : | **(JUDGE CHUTKAN)** |
| **v.** | : | |
| | : | |
| | : | |
| **LYNWOOD NESTER,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER OF COURT

**AND NOW**, on this _____ day of _____, 2023, upon

consideration of the Motion to Modify Conditions of Pretrial Release to Authorize

Travel Outside the Middle District of Pennsylvania, **IT IS HEREBY ORDERED**

**THAT** said motion is GRANTED. Defendant, Lynwood Nester, is permitted to

travel outside the Middle District of Pennsylvania to attend sentencing in *U.S. v.*

*Weyer*. **IT IS FURTHER ORDERED THAT** the Defendant shall coordinate his

travel with pretrial services.

BY THE COURT:

_____

Tanya S. Chutkan
United States District Judge