# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:22-cr-00183-TSC |
| | : | |
| | : | (JUDGE CHUTKAN) |
| v. | : | |
| | : | |
| | : | |
| LYNWOOD NESTER, | : | |
| | : | |
| Defendant | : | |

## DEFENSE RESPONSE TO GOVERNMENT'S MOTION IN LIMINE REGARDING AUTHENTICATION OF PHOTO AND VIDEO EVIDENCE

Defense is willing to stipulate to the authenticity of the following evidence the Government intends to introduce at trial:

1. U.S. Capitol Police Video Footage;
2. Body-Worn Camera Footage from the Metropolitan Police Department;
3. Senate Recording Studio Video of Electoral College Certification Process;
4. Photo and Video from Others Present at the Capitol; AND
5. Video of Defendant in and Around the Capitol.

However, the Defense notes such stipulation does not preclude any objections to the aforementioned evidence on other grounds.

                                                                                   Respectfully Submitted,

Dated: 22 September 2023           */s/Jonathan W. Crisp*
                                                                   Jonathan W. Crisp, Esquire
                                                                   4031 North Front St.
                                                                   Harrisburg, PA  17110
                                                                   I.D. # 83505
                                                                   (717) 412-4676
                                                                   jcrisp@crisplegal.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was served on the individual listed below:

### ELECTRONIC SERVICE

Brian Morgan, Esquire
Assistant United States Attorney
Human Rights & Special Prosecutions
1301 New York Avenue NW
Washington, DC 20530
brian.morgan@usdoj.gov

Date: 22 September 2023

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant