UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO. 22-cr-183 (TSC) |
| | : | |
| **LYNNWOOD NESTER,** | : | |
| | : | |
| Defendant. | : | |

### **PROPOSED VERDICT FORM**

**Count One**

1. How do you find Defendant Lynnwood Nester on the charge of Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

_____ Not Guilty          _____ Guilty

**Count Two**

2. How do you find Defendant Lynnwood Nester on the charge of disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2)?

_____ Not Guilty          _____ Guilty

**Count Three**

3. How do you find Defendant Lynnwood Nester on the charge of disorderly or disruptive conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

_____ Not Guilty          _____ Guilty

**Count Four**

4. How do you find Defendant Lynnwood Nester on the charge of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

_____ Not Guilty          _____ Guilty

Dated: _____          _____
                                                                                         Signature of Foreperson