*United States v. Lynwood Nester.*, 22-cr-183-(TSC)
**Exhibit List for 17 October 2023 Trial**

| No. | Sub No. | Description | Witness | Marked | Objected | Admitted | Admitted on Condition |
|---|---|---|---|---|---|---|---|
| 1 |  | CCTV inside Capitol Montage |  |  |  |  |  |
| 2 |  | Nester Path Inside Capitol |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |