# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:22-cr-00183-TSC** |
| | : | |
| | : | **(JUDGE CHUTKAN)** |
| **v.** | : | |
| | : | |
| | : | |
| **LYNWOOD NESTER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2023, upon consideration of the Motion to Continue Trial to Permit a Change in Plea said motion is GRANTED. A Change of Plea Hearing will be held on the 18th day of October 2023 at 4:00 PM.

    Under the Speedy Trial Act, delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing, or other prompt disposition of such motion, shall be excluded in computing the time within which trial must be commenced. See 18 U.S.C. § 3161(h)(1)(D).

                                        BY THE COURT:

                                        _____

                                        JUDGE CHUTKAN