UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 22-cr-183 (TSC) |
| LYNNWOOD NESTER, | : |
| Defendant. | : |

## VERDICT FORM

### Count One

1. How do you find Defendant Lynnwood Nester on the charge of Entering or Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)?

   _____ Not Guilty       ____✓____ Guilty

### Count Two

2. How do you find Defendant Lynnwood Nester on the charge of disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2)?

   _____ Not Guilty       ____✓____ Guilty

### Count Three

3. How do you find Defendant Lynnwood Nester on the charge of disorderly or disruptive conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

   _____ Not Guilty       ____✓____ Guilty

### Count Four

4. How do you find Defendant Lynnwood Nester on the charge of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

   _____ Not Guilty       ____✓____ Guilty

Dated: March 7, 2024

Signature of Foreperson