Honorable Tanya S. Chutkan

United States District Court District of Columbia

333 Constitution Avenue

N.W. Washington D.C. 20001

RE: United States v. Nester

Honorable Judge Chutkan,

I am writing to express my utmost respect and confidence in the character of Lynn Nester.  I have known him for several years and am impressed with his compassion, kindness and humbleness toward anyone he meets.  As a grandmother of ten, I would not hesitate to let my grandchildren in his care.  Lynn is a hardworking, responsible member of society.  I understand he has been found guilty and it is your responsibility to decide the proper sentence for Lynn's crime.   However, Lynn has shown remorse for his bad decisions on January 6.  Lynn is always ready to help his neighbors.  He is a man of integrity and is generous with his time to anyone in need.  If he receives house arrest or probation, he will be able to continue to work and contribute to our economy and community.  Thank you for your consideration of my good friend's positive character.

Sincerely,
Angela Kline,
Dover, PA