Carol Sojda
30 Foxanna Drive
Carlisle, PA 17015

June 27, 2024

Honorable Tanya S. Chutkan

United States District Court

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: United States v. Nester (22-cr-183)

Dear Honorable Chutkan,

My name is Carol Sojda, I am a retired New York State Corrections officer. I have seen and walked among the worst of the worst in the criminal justice system. I possess the unique experience of watching those individuals and their behaviors on a daily basis, and their care, custody and control. Having first hand witnessed either rehabilitation and remorse or the opposite of recidivism into the depths of behavioral negative behaviors. My family members are also retired law enforcement, former local Judges and Professors of social work at Universities, and medical professionals.

I am grateful for the opportunity to show my support for my dear friend Lynn Nester. I was blessed to meet Lynn in the spring/summer of 2019. Lynn was helping people navigate the fear of the unknown and our local communities being uprooted and the confusion and chaos that surrounded those times. Lynn

was very compassionate, kind, and energetic with his efforts to help others with navigating those times. I watched Lynn help others with simple errands to the grocery store, helping business owners navigate the sadness of closing or staying open, and the effects of both. He selflessly assisted them with shopping, appointments and errands, mandates and laws, showing them love, kindness and hope. He was available to help anyone in the community at that time with anything, being a liaison to resources that helped people who were struggling in our community, asking for nothing in return. He did so with character, grace and a special caring and kindness that is very rare. Lynn has integrity, character and morals, what he has been portrayed as in this criminal process is extremely biased and inaccurate. Even after Lynn's arrest, he still puts helping others in the community, and friends and family first, before his own needs.

Lynn and I have had many conversations. I have professionally watched first hand as people become negative, vengeful and vindictive after being arrested and convicted. They spiral into the depths of darkness. Not Lynn, he became even more loving, caring and kind, but most of all, reflective on what he could do to better himself and those around him. Lynn has become one of my most cherished and trustworthy friends, because I have walked among those that have chosen to descend into negative and dark pathways when faced with looking in the mirror. Lynn has looked into that mirror, put his shoulders back, and taken positive steps to accept his actions and initiate even more positive change. Lynn always finds time for family and friends, and assisting others in our community whenever possible, even while navigating this unfortunate time in his own life.

Your Honor, I am confident that Lynn will emerge from this an even stronger and better person. I can unequivocally state that I have seen true criminals with no moral compasses, and Lynn Nester is by far not one of them.

Regardless of the outcome, I will always stand beside Lynn to help him in any way I can.

Thank you for allowing me this opportunity to express my thoughts and opinions as you consider the appropriate sentence.

Respectfully,

Carol Sojda

30 Foxanna Drive

Carlisle, PA 17015