July 04, 2024

The Honorable Tanya S. Chutkan
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

RE: United States v. Nester (22-cr-183)

Dear Honorable Judge Tanya S. Chutkan:

We have known Lynn Nester for four years. We know Lynn to be an encouraging person who thinks things through before rendering his opinion.

Lynn is a fair and logical person who looks at life in a positive light, and treats others with respect and dignity. He is a dedicated friend and knows no bounds when it comes to helping others. Lynn participates in his community and works to bring people together. He loves his country, believes in the rule of law and the principles that provide opportunities for all Americans.

We are grateful that Lynn is part of our lives. Please contact us if you would like any additional information.

Sincerely,

Ronald and Cheryl Forsyth
28 Ingham Drive
Stevens, PA 17578
717-380-3241/717-271-9354