July 1, 2024

RE: United States v. Nester

Honorable Judge Tanya S. Chutkan

We are Francis and Lois Nester, the parents of Lynn Nester.
Growing up as a child we saw potential and determination in Lynn.
In his junior and senior year he helped in our family owned welding business.
After graduation Lynn became our full time employee was an great asset to the business and helped it grow and become quite successful.

 Lynn always took his responsibilities serious, he worked hard and diligent at doing his job correctly and to the best of his ability.  He became the one to oversee the field work of the business and was responsible for several sub-contractors.
He worked hard and was determined that the end product would be one he was proud of and knew it was done right.
His goal was the end product would be one that he was proud of, and as his father and his boss, I was and still am very proud of his work and of him.

Lynn is very passionate and concerned for the freedom of our country that he loves.

As parents growing older, in our 80's, we depend on Lynn for help with our situations and work at times.

 Please understand our hearts, his parents, at the thought of Lynn going to prison, it's devastating to us and we respectfully ask for leniency in his sentencing.

 Francis & Lois Nester
1286 Brandt Rd
Mechanicsburg, PA 17055