Philip Smith
1264 Glatco Lodge Road
Hanover, PA 17331

June 28, 2024

Honorable Tanya S. Chutkan
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

RE: United States v. Nester (22-cr-183)

Dear Honorable Judge Tanya S. Chulkan,

As a member of the Franklin Township, York County, PA Community Emergency Response Team (CERT), I would like to convey my thoughts and experiences with Lynn Nester. We first met in early 2021. I was drawn to Lynn's many valued personal traits and such willingness to caringly assist others. These traits were in line with the CERT philosophy and of other first responders.

Lynn is a person someone turns to for help and advice when needed. He does not hesitate to put others before himself. This trait has been witnessed many times in my encounters with him. I would say he is a very passionate and caring person that one would want to be with in times of need or in your daily life.

When it comes to leadership, Lynn is in front selflessly supporting others. These leadership skills in people are not possessed by all and glad have met Lynn and experience his motivating, inspiring style and caring personality. He naturally draws people into his circle of influence with his friendly and giving personality.

Your Honor, Lynn is a person we want and need in our community and hope you take my thoughts and opinion into consideration. I am sure he will learn from this situation and become an even greater asset to the community. I fully support Lynn and look forward to continuing to work with Lynn to build and improve our community.

Thank you for letting me express my thoughts as you consider the appropriate sentence.

Respectfully

*Philip Smith*
Philip Smith